IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| LOVELL DAWSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GLYNN COUNTY DETENTION CENTER-MEDICAL DEPARTMENT,<br><br>　　　　Defendant. | CIVIL ACTION NO.: 2:23-cv-98 |

### O R D E R

This Order concerns two pending Motions in this case: (1) Plaintiff's Motion for Settlement, doc. 12; and (2) Plaintiff's Motion for Summary Judgment, doc. 13.  As explained below, both Motions are premature and are, therefore, **DENIED**.

In his Motion for Settlement, Plaintiff states he would like a "fast track settlement immediately."  Doc. 12.  The Court construes this to be a request for an order for the parties to engage in settlement negotiations or a mediation.  Of course, the parties are free to enter into settlement negotiations at any time.  However, it would be premature for the Court to order the parties to engage in negotiations or a mediation at this time.  Under the Prison Litigation Reform Act, Defendants are not served with Plaintiff's Complaint until the Court has completed its screening.  28 U.S.C. § 1915A.  Plaintiff recently filed an Amended Complaint.  Docs. 15, 16.  The Court has not completed its screening, and Defendants' obligation to respond has not been triggered.  Therefore, Plaintiff's request is premature.  As a result, I **DENY** Plaintiff's Motion for Settlement.

Plaintiff also filed a Motion for Summary Judgment.  Doc. 13.  As explained, the Court has yet to screen Plaintiff's claims under 28 U.S.C. § 1915A.  "Although Rule 56(a) permits parties to file summary judgment motions 'at any time until 30 days after the close of discovery,' it is premature to move for summary judgment before service is perfected and before discovery even begins."  Fed. R. Civ. P. 56(a); Clay v. Toombs Cnty. Sheriff's Off., No. 6:18-CV-92, 2020 WL 2858490, at *5 (S.D. Ga. Mar. 3, 2020), report and recommendation adopted, 2020 WL 2858847 (S.D. Ga. June 2, 2020).  I conclude Plaintiff's Motion is premature.  Thus, I **DENY** Plaintiff's Motion for Summary Judgment.

**SO ORDERED**, this 24th day of June, 2024.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA